René P. Tatro (SBN 78383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK MENDELSON LLP
444 South Flower Street, 42nd Floor
Los Angeles, California 90071-2901
Telephone:  (213) 225-7171
Facsimile:  (213) 627-7011

Attorneys for Defendants
WONDERFULBUYS.COM
AND VEDANT RAJPUT

Priority ___
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ✓
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
SEP 27 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVVIER, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WONDERFULBUYS.COM, an unknown entity conducting business in Ontrio, Canada; YOUCANSAVE.COM, an unknown business entity conducting business in Hayward, California; 3DIRECT MARKETING, INC., a California corporation; VEDANT RAJPUT, an individua,<br><br>Defendants. | Case No. CV03-03480 DDP (SHSx)<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE** |



Plaintiff Savvier, Inc. and remaining defendants Wonderfulbuys.com and Vedant Rajput, by and through their respective counsel, hereby stipulate and agree that the above-captioned action shall be dismissed in its entirety with prejudice.[1]

---

[1] The other named defendants – Youcansave.com and 3Direct Marketing, Inc. – previously were dismissed from this action.

**ORIGINAL**

Each party shall bear its own costs and attorneys' fees incurred in connection with this action.

Dated: September 22, 2004                COSTA, ABRAMS & COATE, LLP

By: _____
Joseph P. Costa, Esq.
Attorneys for plaintiff Savvier, Inc.

Dated: September 17, 2004                TATRO TEKOSKY SADWICK
                                         MENDELSON LLP

By: _____
Juliet A. Markowitz, Esq.
Attorneys for Defendants
wonderfulbuys.com and Vedant Rapjut

## ORDER

IT IS HEREBY ORDERED THAT the above-captioned action is dismissed in its entirety with prejudice. Each Party shall bear its own costs and attorneys' fees incurred in connection with this action.

Dated: 9-27, 2004                        _____
                                         Honorable Dean D. Pregerson
                                         United States District Court Judge

# DECLARATION OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1221 Second Street, 3rd Floor, Santa Monica, CA 90401.

On September 22, 2004, I served the foregoing documents described as **STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope as follows:

| | |
|---|---|
| Juliet A. Markowitz | Joseph P. Costa |
| Tatro Tekosky Sadwick Mendelson LLP | Costa Abrams & Coate LLP |
| 444 South Flower Street, 42nd Fl. | 1221 Second Street, 3rd Fl. |
| Los Angeles, CA 90017-2901 | Santa Monica, CA 90401 |

[X]   **(BY MAIL)** I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ]   **(BY PERSONAL SERVICE/MESSENGER)** I delivered such envelope by hand by messenger Service to the offices of the addressee(s).

[ ]   **(BY FEDERAL EXPRESS)** I delivered such envelope by hand to Federal Express to be sent to the offices of the addressee(s).

[X]   **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 22, 2004 at Santa Monica, California.

*Roxana Lonergan*
Roxana Lonergan